GEORGE JACKSON, PLAINTIFF IN ERROR, v. THE STATE,
DEFENDANT IN ERROR.

On error to the Supreme Court.  For opinion of the
Supreme Court, see 20 *Vroom* 252.

For the plaintiff in error, *John W. Griggs.*

For the defendant in error, *William B. Gourley,* prosecutor
of the pleas.

PER CURIAM. The judgment in this case should be affirmed, for the reasons given by the Supreme Court.

*For affirmance* — THE CHANCELLOR, DIXON, MAGIE, REED, SCUDDER, VAN SYCKEL, BROWN, MCGREGOR, PATERSON, WHITAKER. 10.

*For reversal*—None.